**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50336 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-01552-DMS |
| v. | |
| LUIS CRUZ-CARRASCO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted March 10, 2015**

Before:     FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Luis Cruz-Carrasco appeals from the district court's judgment and

challenges the six-month sentence imposed upon revocation of supervised release.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cruz-Carrasco contends that the district court procedurally erred by failing

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to address his non-frivolous mitigation arguments.   We review for harmless error, *see United States v. Munoz-Camarena*, 631 F.3d 1028, 1030 (9th Cir. 2011) (per curiam), and find no error.   The record reflects that the district court expressly addressed Cruz-Carrasco's mitigation arguments before it imposed a below-Guidelines revocation sentence.

        **AFFIRMED.**